FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 AUG 28 PM 3:05
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BEANSTALK MARKETING, INC. and )
ANTONIO F. UCCELLO, III, )
)
Plaintiffs, )
) CASE NO. CV413-166
v. )
)
BENJAMIN SHEFTALL EICHHOLZ, )
THE EICHHOLZ LAW FIRM, P.C., )
and CENTURY LEGAL FUNDING, )
LLC, )
)
Defendants. )
)

## O R D E R

Before the Court is Plaintiff's Notice of Voluntary Dismissal. (Doc. 16.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendants have not filed an answer in this case, this action is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of August 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA